# EXHIBIT A
# TO THE FIRST AMENDED COMPLAINT

**Int. Cl.: 3**

**Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52**

**Reg. No. 3,641,687**
**Registered June 23, 2009**

**United States Patent and Trademark Office**

**TRADEMARK**
**PRINCIPAL REGISTER**

# MILANI

NEW MILANI GROUP, INC. (CALIFORNIA CORPORATION)

2111 E. 49TH STREET

LOS ANGELES, CA 90058

FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-28-1993; IN COMMERCE 1-28-1993.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 77-132,168, FILED 3-15-2007.

MATTHEW MCDOWELL, EXAMINING ATTORNEY