# EXHIBIT B
# TO THE FIRST AMENDED COMPLAINT

# United States of America

## United States Patent and Trademark Office

# Milani Hair

**Reg. No. 3,776,568**

**Registered Apr. 13, 2010**

**Int. Cl.: 26**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

RAZZAGHI, LEYLA (UNITED STATES INDIVIDUAL)
SUITE 105-166
8950 W OLYMPIC BLVD.
BEVERLY HILLS, CA 90211 AND

KHOSHBIN, MANOUCHEHR (UNITED STATES INDIVIDUAL)
SUITE 105-166
8950 W OLYMPIC BLVD.
BEVERLY HILLS, CA 90211

FOR: HAIR EXTENSIONS , IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 2-1-2010; IN COMMERCE 2-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HAIR", APART FROM THE MARK AS SHOWN.

SER. NO. 77-880,377, FILED P.R. 11-24-2009; AM. S.R. 3-3-2010.

RICHARD WHITE, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office