# EXHIBIT C
# TO THE FIRST AMENDED COMPLAINT


http://leylamilanihair.com/
Milani Hair | Home
File Edit View Favorites Tools Help
Trademark Electronic Sear... Food Politics SMA Outlook Web App prod_mn_vit[1]
HOME
ABOUT US
SHOP
HOW TO APPLY
FAQ
VIDEO
STORE LOCATOR
BLOG
CONTACT
AS SEEN IN NEW BEAUTY MAGAZINE
WHAT'S HOT IN
NEW BEAUTY
SALMA HAYEK
MILANI HAIR.
Big Hair Don't Care
BIG HAIR DON'T CARE
Fairy Dust in a Bottle
SHOP NOW
HOW TO PICK
100%
8:03 PM
5/14/2014