# EXHIBIT D
# TO THE FIRST AMENDED COMPLAINT



**EXHIBIT D TO THE FIRST AMENDED COMPLAINT, PAGE 27**



**EXHIBIT D TO THE FIRST AMENDED COMPLAINT, PAGE 28**